19936.  FIDELITY & CASUALTY COMPANY OF NEW YORK *v.* YANCEY, Administratrix.

HAWKINS, Justice. Upon careful examination of the record and mature consideration of the question presented, we have reached the conclusion that the writ of certiorari to the Court of Appeals (96 *Ga. App.* 476, 100 S. E. 2d 653) was improvidently granted, and it is accordingly

*Dismissed. All the Justices concur, except Duckworth, C.J., and Candler, J., who dissent.*

ARGUED FEBRUARY 11, 1958—DECIDED MARCH 7, 1958.

*Allison & Pittard, Lokey & Bowden,* for plaintiff in error.

*Frank H. Edwards,* for party at interest not party to record.
*Daniel Duke,* contra.